UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALFREDO JOSE GARCIA,**
**INSTITUTIONAL ID NO. 88477-509,**

  Petitioner,

v.                                                            No. 4:23-cv-0235-P

**WARDEN, FMC FORT WORTH,**

  Respondent.

## FINAL JUDGMENT

    In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE. *See* FED. R. CIV. P. 58.

    **SO ORDERED** on this **5th day** of **May 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE